UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cv-58-MOC-DLH

| | | |
|---|---|---|
| **BILLIE J. WOODS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the published opinion (#25) and Mandate (#26) of the Fourth Circuit Court of Appeals. Pursuant to said opinion and mandate, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Judgment (#20) in this matter is **VACATED** and the Commissioner's decision in this matter is hereby **REVERSED AND REMANDED** for further proceedings consistent with the Fourth Circuit's opinion (#25).

Signed: June 27, 2018

Max O. Cogburn Jr.
United States District Judge